UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TERESA HENDERSON, individually,

        Plaintiff,

Case No.  09-CV-61639-Cohn-Seltzer

v.

IMPERIAL POINT COLONNADES
CONDOMINIUM, INC.,
a Florida Corporation, TERRY MILLER,
individually, ROBERT MILLER, individually,

        Defendants.
_____/

**PLAINTIFF'S MOTION TO COMPEL FOR DEFENDANTS' COMPLETE FAILURE
TO RESPOND TO PLAINTIFF'S FIFTH REQUEST
FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

Plaintiff, by and through undersigned counsel, and pursuant to Rules 34 and 37, Federal Rules of Civil Procedure, and Local Rule 26.1 (G) & (H) of the Southern District of Florida, hereby moves to compel Defendants to properly and fully respond to Plaintiff's Fifth Request for Production of Documents to Defendants, and states the following in support of her Motion:

1.    Plaintiff Teresa Henderson served her Fifth Request for Production of Documents to Defendants on August 19, 2010 (hereinafter "Outstanding Discovery").

2.    Defendants' response was due September 21, 2010.

3.    To date, Defendants have failed to respond.

{07028509;1}

4. On September 27, 2010, Plaintiff sent an email to Defendants notifying them that the Outstanding Discovery was past due. Defendants have not responded.

5. Because Defendants failed to respond timely to the Outstanding Discovery, they have waived all objections except for privilege or work product. *E.g.*, Local Rule 26.1(g)(3)(A) of the Southern District of Florida; *Pitts v. Francis*, 2008 WL 2229524 *2 (N.D.Fla.2008) ("[W]hen a party fails to timely object to interrogatories, production requests, or other discovery efforts, the objections are deemed waived") (citing, *In re United States*, 864 F.2d 1153, 1156 (5th Cir.1989)); *Third Party Verification, Inc. v. SignatureLink, Inc.*, 2007 WL 1288361 *3 (M.D.Fla.2007) (holding "[a] party who fails to file timely objections waives all objections, including those based on privilege or work product.") (internal citations omitted); *Reliance Ins. Co. v. Core Carriers, Inc.*, 2008 WL 2414041, *2 (M.D. Fla. 2008).

6. Accordingly, Plaintiff requests that the Court enter an order compelling Defendants to respond to Plaintiff's Fifth Request for Production, and deeming all objections except for privilege or work product waived.

7. **Certificate of Counsel**. Pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 7.1.A.3, S.D. Fla., Plaintiff has, in good faith, attempted to confer with counsel for the Defendants, who have not responded.

8. Pursuant to Fed. R. Civ. P. 37(a), Plaintiff requests her reasonable attorneys' fees and costs incurred in relation to this Motion to Compel.

{07028509;1}

WHEREFORE, Plaintiff respectfully requests that Defendants be required to produce all documents requested in Plaintiff's Fifth Request for Production of Documents to Defendants without objection; and pay Plaintiff her reasonable attorneys' fees and costs incurred in relation to this Motion to Compel.

.

Respectfully submitted,

Shawn A. Heller, Esq.
Fla. Bar No. 46346
Joshua A. Glickman, Esq.
Fla. Bar No. 43994
Randall C. Berg, Jr., Esq.
Fla. Bar No. 318371

Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (FAX)
E-mail: *SHeller@FloridaJusticeInstitute.org*

Attorneys for the Plaintiff

By: ___*s/Shawn A. Heller*___
     Shawn A. Heller, Esq.
     Fla. Bar No. 46346

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         *s/ Shawn A. Heller*
                                                      Shawn A. Heller, Esq.

## SERVICE LIST
*Henderson vs. Imperial Point Colonnades, etc., et al.*
**Case No. 09-CV-61639-Cohn-Seltzer**
**District Court, Southern District of Florida**

**Served via CM/ECF**

James K. Parker, Esq.
Email: jparker@boydlawgroup.com
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second St., 36th Floor
Miami, FL 33131
786-425-1045
786-425-3905 fax
Counsel for Defendants, Imperial Point Colonnades Condominium, Inc., Terry Miller and Robert Miller

Darryl R. Graham
Email: dgraham@boydlawgroup.com
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second St., 36th Floor
Miami, FL 33131
786-425-1045
786-425-3905 fax
Counsel for Defendants, Imperial Point Colonnades Condominium, Inc., Terry Miller and Robert Miller